**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                      CASE NO. 8:06-CR-464-T-17-TGW

TULANI JAMES COOPER and
JERMAINE LENARD MOSS
_____/

**ORDER**

This cause is before the Court on the motions in limine of Tulani James Cooper (Docket No. 122 and 123), as adopted by Jermaine Lenard Moss (Docket No. 143) and response thereto (Docket No. 150). The Court has reviewed all filings and finds that the response of the government (Docket No. 150) is well-taken and it is adopted by reference herein. This order confirms the oral order on these motions entered by the Court on June 11, 2007. Accordingly, it is

**ORDERED** that the motions in limine as to Tulani James Cooper (Docket No. 122 and 123)**,** as adopted by Jermaine Lenard Moss (Docket No. 143), be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of June, 2007, *nunc pro tunc* to June 11, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: All parties and counsel of record