**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                          CASE NO. 8:06-CR-464-T-17-TGW

TULANI JAMES COOPER and
JERMAINE LENARD MOSS
_____/

## ORDER

This cause comes before the Court on the defendants' motions for judgement of acquittal and/or new trial (Docket Nos. 287 and 288) and the response thereto (292). The Court finds the response to be well taken and it is incorporated herein. Accordingly, it is.

**ORDERED** that defendant's motions be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 23rd day of July, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record