## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:06-CR-464-T-17-TGW

TULANI JAMES COOPER and
JERMAINE LENARD MOSS
_____/

## **ORDER**

This cause comes before the Court on the defendant Tulani James Cooper's motion for new trial based upon newly discovered evidence (Docket No. 354); the defendant Jermaine Lenard Moss' motion for adoption of the motion for new trial (Docket No. 357) and the government's response thereto (Docket No. 359).  The Court finds the response persuasive and incorportates it by reference herein.  Accordingly, it is

**ORDERED** that defendant Jermaine Lenard Moss' motion for adoption of the motion for new trial (Docket No. 357) be **granted** and the motion for new trial based upon newly discovered evidence (Docket No. 354) on behalf of both defendants be **denied**.  Further, to the extent that defendant Jermaine Lenard Moss' motion seeks reconsideration of the prior rulings regarding the admissability at trial of the evidence relating to the shooting of Lt. Shear, the motion is **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 4th day of October, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record