UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            Case No. 8:06-cr-464-T-17TGW

TULANI JAMES COOPER,
    a/k/a "T London,"
ROBERT LEE WILLIAMS,
    a/k/a "Rob 1,"
TRINIDAD MARQUEZ HAMILTON,
    a/k/a "Dozier,"
MAURICE LASHANE HAMILTON,
    a/k/a "Mo Bentley,"
ARNELL DEVON ELROD,
    a/k/a "Nellie,"
TERRY LYNN EADY,
    a/k/a "Edo,"
ANTHONY LEON WARRICK,
    a/k/a "Ace,"
JARVIS L. McCANTS,
    a/k/a "Lil Will,"
JERMAINE LENARD MOSS,
CHANCEY DEON COOPER,
    a/k/a "Black,"
    a/k/a "Chauncy,"

    Defendants.

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the following property:

    a.    $3,960.00 in United States currency;

    b.    $13,000.00 in United States currency;

    c.    $500.00 in United States currency;

    d.    $16.00 in United States currency;

    e.    a Bryco Arms, Model 38, .380 caliber pistol, serial number 100279;

    f.    a Glock GMBH, Model 21, .45 caliber pistol, serial number AEX391US;

    g.    a Hi-Point, Model JHP45, .45 caliber pistol, serial number X427782;

    h.    a Smith & Wesson. Model 27, .357 caliber revolver, serial number N793368;

    i.    a Winchester, Model 1300, 12 gauge shotgun, serial number L3206704;

    j.    a Savage, Model 311, 12 gauge double-barreled shotgun, serial number A330280;

    k.    a Harrington and Richardson, Model 88, 12 gauge short-barreled shotgun, serial number AU407296; and

    l.    a Glenfield, Model 25, .22 caliber rifle, serial number 22703726.

1.    On September 14, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 310), forfeiting to the United States of America all right, title, and interest of defendants Tulani Cooper, Robert Williams, Trinidad Hamilton, Maurice Hamilton, Arnell Elrod, Terry Eady, Anthony Warrick, Jarvis McCants, Jermaine Moss, and Chancey Cooper in the property listed above.

2.    The only person known to have any potential interest in the subject United States currency is James Jerome Hamilton. The United States sent, via

certified U.S. mail, Notice of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Preliminary Order of Forfeiture in the instant case to the person listed above.

3. On August 8, 2008, the United States received a signed return receipt from the James Jerome Hamilton. No claim was filed.

4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on August 11, 2008, August 18, 2008 and August 25, 2008 and in the *Sarasota Herald-Tribune*, a newspaper of general circulation in Manatee County, Florida on August 13, 2008, August 19, 2008, and August 26, 2008. (Docs. 495 and 498). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5. No persons or entities, other than the defendants Tulani Cooper, Robert Williams, Trinidad Hamilton, Maurice Hamilton, Arnell Elrod, Terry Eady, Anthony Warrick, Jarvis McCants, Jermaine Moss, and Chancey Cooper, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property. To date, no third party,

has filed a Petition to Ownership Interest in the subject properties to date, and the time for filing such Petition has expired.

6.  The Court finds that the subject properties are the property of defendants Tulani Cooper, Robert Williams, Trinidad Hamilton, Maurice Hamilton, Arnell Elrod, Terry Eady, Anthony Warrick, Jarvis McCants, Jermaine Moss, and Chancey Cooper.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(a)(1) and (2), for disposition according to law:

a.  $3,960.00 in United States currency;

b.  $13,000.00 in United States currency;

c.  $500.00 in United States currency;

d.  $16.00 in United States currency;

e.  a Bryco Arms, Model 38, .380 caliber pistol, serial number 100279;

f.  a Glock GMBH, Model 21, .45 caliber pistol, serial number AEX391US;

g.  a Hi-Point, Model JHP45, .45 caliber pistol, serial number X427782;

    h.    a Smith & Wesson. Model 27, .357 caliber revolver, serial number N793368;

    i.    a Winchester, Model 1300, 12 gauge shotgun, serial number L3206704;

    j.    a Savage, Model 311, 12 gauge double-barreled shotgun, serial number A330280;

    k.    a Harrington and Richardson, Model 88, 12 gauge short-barreled shotgun, serial number AU407296; and

    l.    a Glenfield, Model 25, .22 caliber rifle, serial number 22703726.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of November, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:    Anita M. Cream, AUSA
Attorney's of Record

5